UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 22-762 |
| | ) | |
| v. | ) | (Related to Criminal Case No. 22-23) |
| | ) | |
| JENNIFER SNIDER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| MERRILL LYNCH BENEFIT SERVICES, | ) | |
| GLEASON & ASSOCIATES | ) | |
| and its successors and assigns, | ) | ELECTRONICALLY FILED |
| | ) | |
| Garnishee. | ) | |

## FINAL ORDER OF GARNISHMENT

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that, at the time of the service of the Writ, it had in its possession or under its control personal property belonging to and due Defendant, in the form of a 401K account with an approximate withdrawal value of $36,755.78.[1] Merrill serves as the custodian of an account, but the 401K is controlled and administered by Gleason & Associates, Inc. ("Gleason").

The Defendant was served with a copy of the Writ of Garnishment and notified of the right to a hearing. The Defendant filed a Motion for hearing on September 6, 2022 requesting a

---

[1] The value of the account is as of August 10, 2022, and is subject to market fluctuation.

hearing.  On October 14, 2022, the U.S. Attorney's Office filed a response to Defendant's request for hearing.  On November 30, 2022, the Court denied Defendant's Request for hearing.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the non-exempt property of the Defendant and the Answer of the Garnishee, and having denied Defendant's request for a hearing, now finds that the entry of the Final Order of Garnishment is in all respects proper.

IT IS ORDERED that Gleason, as the Plan Administrator, shall take steps to ensure liquidation of the account ending in *3R52, GLEASON & ASSOCIATES PC, 401K FBO JENNIFER KREGNESS, including completing any necessary paperwork or direction to Merrill, and shall remit, or direct Merrill to remit, the full current value of the account, which was approximately $36,755.78 as of August 10, 2022, to the Government.  Gleason and Merrill shall promptly turnover the liquidated funds from the 401K Account via check, without any withholdings, including early withdrawal penalties.

IT IS FURTHER ORDERED that this sum is to be applied upon the judgment entered in this case on June 22, 2022.  The present balance due and owing as of December 6, 2022, is $63,373.55.  Checks should include cr. 22-23 in the lower left corner and be made payable to the U.S. Department of Justice and mailed to:

U.S. Clerk of Court
700 Grant Street, Suite 3110
Pittsburgh, PA 15219

IT IS FURTHER ORDERED that upon receipt of the proceeds, the writs of garnishment directed to Merrill and Gleason are hereby dissolved.  Any and all freezes imposed on Snider's accounts shall be released from further obligation or liability under the writs of garnishment.

This ____12th____ day of ____January_____, ____2023_____.


_____
UNITED STATES DISTRICT JUDGE